**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PIERETTE GLOVER (PARRISH),**

               **Plaintiff,**

**-vs-**                                                              **Case No. 6:05-cv-377-Orl-18KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

               **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause comes before the Court on its own initiative. On August 29, 2005, I ordered Juan C. Gautier, Esq., to show cause in writing why this matter should not be dismissed for failure of prosecution. Doc. No. 15.[1] The Show Cause Order was based on counsel's failure to timely file a memorandum of law pursuant to the deadline set forth in the Scheduling Order I entered in this case.[2]

---

[1] I entered Show Cause Orders directed at Mr. Gautier in the following cases as well: *Stillwell v. Comm'r of Social Security,* 6:05-cv-314-ORL-KRS (doc. no. 16); *Edwards v. Comm'r of Social Security,* 6:05-cv-351-ORL-KRS (doc. no. 14); *Smith v. Comm'r of Social Security,* 6:05-cv-402-ORL-KRS (doc. no. 15); *Mills v. Comm'r of Social Security,* 6:05-cv-432-ORL-KRS (doc. no. 14).

[2] This is not the first time Mr. Gautier has been admonished by this Court for his failure to abide by deadlines set forth in court orders. *See Baraglia v. Comm'r of Social Security*, 6:03-cv-762-ORL-KRS (doc. no. 11); *Horton v. Comm'r of Social Security*, 6:03-cv-80-ORL-KRS (doc. no. 24); *Dent v. Comm'r of Social Security*, 6:02-cv-1305-ORL-KRS (doc. no. 25). In addition, on June 8, 2005, I held a joint hearing with the Honorable David A. Baker, United States Magistrate Judge, in the following cases: *Thomas v. Comm'r of Social Security*, 6:04-cv-1706-ORL-DAB (doc. no. 23); *Negron v. Comm'r of Social Security*, 6:04-cv-1831-ORL-DAB (doc. no. 21), *Brown v. Comm'r of Social Security*, 6:04-cv-1857-ORL-DAB (doc. no. 19); *Herring v. Comm'r of Social Security Administration*, 6:04-cv-1524-ORL-KRS (doc. no. 28). At this hearing, Mr. Gautier was specifically admonished for his failure to comply with deadlines set by this Court. Indeed, Mr. Gautier has a long history of dilatory and recalcitrant conduct before this Court.

Doc. No. 14. As of the writing of this Report and Recommendation, Mr. Gautier has not filed a memorandum of law on behalf of his client in this case.

Mr. Gautier has failed to respond to the Show Cause Order and the time for doing so has passed. There is nothing in the record of this case to suggest that Mr. Gautier is unable to respond to my Order. In fact, Mr. Gautier continues to file new cases in this Court. *See Melendez v. Comm'r of the Social Security Administration*, 6:05-cv-1296-ORL-31KRS (doc. no. 1) (complaint filed 09/06/05). Given Mr. Gautier's repeated failure to abide by Scheduling Orders entered by this Court, and having provided Mr. Gautier with ample opportunity to file the required memorandum in this case, I find that dismissal of this matter for failure to prosecute is warranted. *See* Middle District of Florida Local Rule 3.10; Fed. R. Civ. P. 16(f) & 37(b)(2)(C).

Accordingly, I respectfully recommend that this matter be dismissed for failure to prosecute.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on September 8, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Parties
District Courtroom Deputy