UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PIERETTE GLOVER (PARRISH),

Plaintiff,

-vs-                                          Case No. 6:05-cv-377-Orl-18KRS

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

_____

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause comes before the Court on its own initiative. On August 29, 2005, I ordered Juan C. Gautier, Esq., to show cause in writing why this matter should not be dismissed for failure of prosecution. Doc. No. 15.[1] The Show Cause Order was based on counsel's failure to timely file a memorandum of law pursuant to the deadline set forth in the Scheduling Order I entered in this case.[2]

---

[1] I entered Show Cause Orders directed at Mr. Gautier in the following cases as well: *Stillwell v. Comm'r of Social Security*, 6:05-cv-314-ORL-KRS (doc. no. 16); *Edwards v. Comm'r of Social Security*, 6:05-cv-351-ORL-KRS (doc. no. 14); *Smith v. Comm'r of Social Security*, 6:05-cv-402-ORL-KRS (doc. no. 15); *Mills v. Comm'r of Social Security*, 6:05-cv-432-ORL-KRS (doc. no. 14).

[2] This is not the first time Mr. Gautier has been admonished by this Court for his failure to abide by deadlines set forth in court orders. *See Baraglia v. Comm'r of Social Security*, 6:03-cv-762-ORL-KRS (doc. no. 11); *Horton v. Comm'r of Social Security*, 6:03-cv-80-ORL-KRS (doc. no. 24); *Dent v. Comm'r of Social Security*, 6:02-cv-1305-ORL-KRS (doc. no. 25). In addition, on June 8, 2005, I held a joint hearing with the Honorable David A. Baker, United States Magistrate Judge, in the following cases: *Thomas v. Comm'r of Social Security*, 6:04-cv-1706-ORL-DAB (doc. no. 23); *Negron v. Comm'r of Social Security*, 6:04-cv-1831-ORL-DAB (doc. no. 21). *Brown v. Comm'r of Social Security*, 6:04-cv-1857-ORL-DAB (doc. no. 19); *Herring v. Comm'r of Social Security Administration*, 6:04-cv-1524-ORL-KRS (doc. no. 28). At this hearing, Mr. Gautier was specifically admonished for his failure to comply with deadlines set by this Court. Indeed, Mr. Gautier has a long history of dilatory and recalcitrant conduct before this Court.