# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PIERETTE GLOVER (PARRISH),**

        **Plaintiff,**

**-vs-**                              **Case No. 6:05-cv-377-Orl-18KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S MEMORANDUM OF LAW PURSUANT TO FED. R. CIV. P. 12(F) (Doc. No. 19)** |
| **FILED:** | October 3, 2005 |
| **THEREON** it is **ORDERED** that the motion is **GRANTED** in part. | |

On August 29, 2005, I entered an Order requiring counsel for the plaintiff, Juan C. Gautier, Esq., to show cause as to why this matter should not be dismissed for failure to file a memorandum of law pursuant to the deadlines set forth in the Scheduling Order (doc. no. 14) entered in this case.[1]

---

[1] I entered Show Cause Orders directed at Mr. Gautier in the following cases as well: *Stillwell v. Comm'r of Social Security,* 6:05-cv-314-ORL-KRS (doc. no. 16); *Edwards v. Comm'r of Social Security,* 6:05-cv-351-ORL-KRS (doc. no. 14); *Smith v. Comm'r of Social Security,* 6:05-cv-402-ORL-KRS (doc. no. 15); *Mills v. Comm'r of Social Security,* 6:05-cv-432-ORL-KRS (doc. no. 14).

Doc. No. 15.  Mr. Gautier did not respond to the Show Cause Order.  On September 8, 2005, I issued a Report and Recommendation recommending that the Court dismiss this matter for failure to prosecute.  Doc. No. 16.[2]  Mr Gautier did not file any objections to my Report and Recommendation.  Consequently, on September 27, 2005, the presiding District Judge, the Honorable G. Kendall Sharp, dismissed this action for failure to prosecute.  Doc. No. 17.  Thereafter, Mr. Gautier filed a memorandum of law addressing the merits of the plaintiff's appeal.  Doc. No. 18.  The defendant, Commissioner of Social Security, requests that the Court strike the plaintiff's memorandum of law pursuant to Fed. R. Civ. P. 12(f).

As noted above, the complaint has been dismissed, and this case has been closed.  The plaintiff has not sought relief from the Order dismissing this case, nor has her attorney provided any explanation as to why the plaintiff's memorandum of law was filed well after the deadline set forth in the Scheduling Order.

---

[2] This was not the first instance Mr. Gautier had been admonished by this Court for his failure to abide by deadlines set forth in court orders.  *See Baraglia v. Comm'r of Social Security*, 6:03-cv-762-ORL-KRS (doc. no. 11); *Horton v. Comm'r of Social Security*, 6:03-cv-80-ORL-KRS (doc. no. 24); *Dent v. Comm'r of Social Security*, 6:02-cv-1305-ORL-KRS (doc. no. 25).  In addition, on June 8, 2005, I held a joint hearing with the Honorable David A. Baker, United States Magistrate Judge, in the following cases: *Thomas v. Comm'r of Social Security*, 6:04-cv-1706-ORL-DAB (doc. no. 23); *Negron v. Comm'r of Social Security*, 6:04-cv-1831-ORL-DAB (doc. no. 21), *Brown v. Comm'r of Social Security*, 6:04-cv-1857-ORL-DAB (doc. no. 19); *Herring v. Comm'r of Social Security Administration*, 6:04-cv-1524-ORL-KRS (doc. no. 28).  At this hearing, Mr. Gautier was specifically admonished for his failure to comply with deadlines set by this Court.  Indeed, Mr. Gautier has a long history of dilatory and recalcitrant conduct before this Court.

Accordingly, Plaintiff's Brief Addressing the Merits of Appeal (doc. no. 18) is stricken from the record as untimely. The Clerk of Court is directed to mail a copy of this Order to the plaintiff at the address listed below.

**DONE** and **ORDERED** in Orlando, Florida on October 3, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

Pierrette Glover
5242 N. Orange Blossom Trail
Apt. 104
Orlando, Florida 32810