**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PIERETTE GLOVER (PARRISH),**

        **Plaintiff,**

**-vs-**                                                     **Case No. 6:05-cv-377-Orl-18KRS**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

        **Defendant.**

___

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **COMMISSIONER'S UNOPPOSED MOTION FOR NEW SCHEDULING ORDER (Doc. No. 26)**
>
> **FILED:**      **November 23, 2005**
>
> ___
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Commissioner moves for a new scheduling order following the presiding District Judge's Order reopening this case, doc. no. 25. Glover (Parrish) shall have until December 9, 2005, to file her memorandum of law. The Commissioner shall have until February 8, 2006, to file her memorandum of law. These deadlines will not be enlarged. If Glover (Parrish) does not timely file her

memorandum of law, I will again recommend that the case be dismissed for failure of prosecution.

**DONE** and **ORDERED** in Orlando, Florida on November 28, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties